**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Mass.    **Category No.** II    **Investigating Agency** FBI

**City** Randolph
**County** Norfolk

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☐ No

**Defendant Information:**
Defendant Name: Milendophe Duperier    Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name: _____
Address: _____

Birth date (Yr only): 1991   SSN (last 4#): _____   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** Brendan Cox    Address: Bcox@bcoxlaw.com

Bar Number: _____

**U.S. Attorney Information**
AUSA: Mackenzie Queenin, Leslie Wright    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Victims:** ☒ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☒ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☒ Information ☐ Indictment
**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony I

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/19/25    Signature of AUSA: *Mackenzie A. Queenin*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC section 1349 | Conspiracy to commit wire fraud | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**